UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | CASE NO.: CR02-389-TSZ |
|         Plaintiff,                                             ) | |
|         v.                                                           ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| LAMAR SAMPSON,                                  ) | |
|         Defendant.                                         ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 15, 2005. The United States was represented by AUSA Lisca N. Borichewski and the defendant by Timothy R. Lohraff. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about March 21, 2003 by the Honorable Thomas S. Zilly on a charge of Mail Theft and sentenced to 9 Months Custody, 3 years Supervised Release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, narcotic addiction/drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search, participate in a mental health program, reside in a community corrections center for 3 months, provide access to financial information, and do not obtain or possess identification information in any but true identity. (Dkt. 20).

In an application dated September 9, 2005, U.S. Probation Officer Steven M. McNickle alleged the following violation of the conditions of supervised release:

1.  Failing to report to the probation office within 72 hours of release from BOP custody on September 9, 2004 in violation of the mandatory conditions of supervised release.

2.  Failing to report to the Pioneer Fellowship House, Seattle, Washington, following release from custody in violation of the special condition requiring he participate in an inpatient substance abuse treatment for a period of 90 days. (Dkt. 29, re-issued at Dkt. 30).

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of December, 2005.

Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:          Honorable Thomas S. Zilly
      AUSA:                    Lisca N. Borichewski
      Defendant's attorney:    Timothy R. Lohraff
      Probation officer:       Steven M. McNickle

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2