UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMAR SAMPSON,<br><br>Defendant. | CASE NO. CR02-389-TSZ<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 16, 2006. The United States was represented by Lisca Borichewski. The defendant was represented by Tim Lorhaff. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Mail Theft on or about March 21, 2003. The Hon. Thomas S. Zilly of this court sentenced Defendant to 9 months confinement and 3 years of supervised release. The sentence was revoked on or about December 22, 2005 due to violations of supervised release admitted by defendant.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

PROPOSED FINDINGS
PAGE -1-

DEFENDANT'S ADMISSION

USPO Michael Larson alleged that Defendant violated the conditions of supervised release in one respect:

(1) Failing to reside in a community corrections center for three months by absconding from the facility on or about January 28, 2006, in violation of his special conditions of supervised release.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. The defendant consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Pending a final determination by the Court, defendant will remained detained.

DATED this 16th day of March, 2006.

MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         : Hon. Thomas S. Zilly
     Assistant U.S. Attorney  : Lisca Borichewski
     Defense Attorney         : Tim Lorhaff
     U. S. Probation Officer  : Michael Larson

PROPOSED FINDINGS
PAGE -2-