UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-389-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| LAMAR SAMPSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 26, 2006. The United States was represented by AUSA Lisca N. Borichewski and the defendant by Timothy R. Lohraff. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about March 21, 2003 by the Honorable Thomas S. Zilly on a charge of Mail Theft and sentenced to 9 Months Custody, 3 years Supervised Release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, narcotic addiction/drug dependency treatment and testing, refrain from alcohol and other intoxicants, submit to search, participate in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

a mental health program, reside in a community corrections center for 3 months, provide access to financial information, and do not obtain or possess identification information in any but true identity. (Dkt. 20).

On December 15, 2005, defendant admitted to violating the conditions of supervised release by failing to report to his probation officer within 72 hours of release from the Bureau of Prisons, and failing to report to the Pioneer Fellowship House in Seattle following release from custody. (Dkt. 37.) Defendant was sentenced to time served, and released to a halfway house. Supervised release was re-imposed for 3 years, with previous conditions of supervision plus the requirement that he submit to drug testing as specified. (Dkt. 40.)

On March 16, 2006, the defendant admitted to violating the conditions of supervised release by failing to reside in the halfway house as directed. A disposition hearing was scheduled before the Honorable Thomas S. Zilly for April 27, 2006.

In an application dated March 24, 2006, U.S. Probation Officer Michael J. Larson alleged the following violation of the conditions of supervised release:

Committing the crime of Theft on or about February 20, 2006, in violation of Section 9A.56.050 of the Revised Code of Washington, and the mandatory condition of supervision requiring he not commit another federal, state or local crime. (Dkt. 49.)

Defendant was advised in full as to this charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 26th day of April, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable Thomas S. Zilly
	AUSA:	Lisca N. Borichewski
	Defendant's attorney:	Timothy R. Lohraff
	Probation officer:	Michael J. Larson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3