UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-389-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| LAMAR SAMPSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary revocation hearing on supervised release revocation in this case was scheduled before me on July 5, 2006. The United States was represented by AUSA Lisca N. Borichewski and the defendant by Timothy R. Lohraff. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about March 21, 2003 by the Honorable Thomas S. Zilly on a charge of Mail Theft and sentenced to 9 Months Custody, 3 years Supervised Release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, narcotic addiction/drug dependency

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

treatment and testing, refrain from alcohol and other intoxicants, submit to search, participate in a mental health program, reside in a community corrections center for 3 months, provide access to financial information, and do not obtain or possess identification information in any but true identity. (Dkt. 20).

On December 15, 2005, defendant admitted to violating the conditions of supervised release by failing to report to his probation officer within 72 hours of release from the Bureau of Prisons, and failing to report to the Pioneer Fellowship House in Seattle following release from custody. (Dkt. 37.) Defendant was sentenced to time served, and released to a halfway house. Supervised release was re-imposed for 3 years, with previous conditions of supervision plus the requirement that he submit to drug testing as specified. (Dkt. 40.)

On March 16, 2006, the defendant admitted to violating the conditions of supervised release by failing to reside in the halfway house as directed. (Dkt. 48). On April 26, 2006 the defendant admitted to violating the conditions of supervised release by committing the crime of theft. (Dkt. 52). Defendant was remanded to custody for four months with 30 months supervised release. He was ordered to reside in a community corrections center upon release for up to 120 days. (Dkt. 54).

In an application dated June 8, 2006, U.S. Probation Officer Michael J. Larson alleged the following violation of the conditions of supervised release:

1. Failing to report to the probation office within 72 hours of his release from BOP custody on June 8, 2006, in violation of the mandatory conditions of supervised release.

2. Failing to report to the community corrections center following his release from BOP custody on June 8, 2006, in violation of the special condition requiring he reside in and

satisfactorily participate in a CCC program as a condition of supervision for up to 120 days or until discharged by the program manager with the approval of the probation office. (Dkt. 55).

Defendant was advised in full as to these charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>5th</u> day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:          Honorable Thomas S. Zilly
     AUSA:                    Lisca N. Borichewski
     Defendant's attorney:    Timothy R. Lohraff
     Probation officer:       Michael J. Larson